USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEEHANCOMBS GLOBAL CREDIT OPPORTUNITIES MASTER FUND, LP, RELATIVE VALUE-LONG/SHORT DEBT PORTFOLIO, *a series of underlying funds trust*, SB 4 CF L.L.C., CFIP ULTRA MASTER FUND, LTD., and TRILOGY PORTFOLIO COMPANY, LLC,

      Plaintiffs,

v.

CAESARS ENTERTAINMENT CORPORATION and CAESARS ENTERTAINMENT OPERATING CO., INC.,

      Defendants.

**ORDER**

14-cv-7091 (SAS)

---

FREDERICK BARTON DANNER, *Individually and on behalf of all others similarly situated*,

      Plaintiff,

v.

CAESARS ENTERTAINMENT CORPORATION and CAESARS ENTERTAINMENT OPERATING CO., INC.,

      Defendants.

14-cv-7973 (SAS)

---

BOKF, N.A. *solely in its capacity as successor Indenture Trustee for the 12.75% Second-Priority Senior Secured Notes due 2018*,

      Plaintiff,

v.

CAESARS ENTERTAINMENT CORPORATION,

      Defendant.

15-cv-1561 (SAS)

| | : | |
|---|---|---|
| UMB BANK, N.A., *solely in its capacity as Indenture Trustee under those certain indentures, dated as of June 10, 2009, governing Caesars Entertainment Operating Company, Inc.'s 11.25% Notes due 2017; dated as of February 14, 2012, governing Caesars Entertainment Operating Company, Inc.'s 8.5% Senior Secured Notes due 2020; dated August 22, 2012, governing Caesars Entertainment Operating Company, Inc.'s 9% Senior Secured Notes due 2020; dated February 15, 2013, governing Caesars Entertainment Operating Company, Inc.'s 9% Senior Secured Notes due 2020,* | : | 15-cv-4634 (SAS) |

Plaintiff,

v.

CAESARS ENTERTAINMENT CORPORATION,

Defendant.[1]

## SHIRA A. SCHEINDLIN, U.S.D.J.:

Plaintiffs in the MeehanCombs and Danner actions filed a letter on January 13, 2016 requesting that the trial in their actions, set to begin on May 9, be consolidated with the trial in the BOKF and UMB actions, set to begin on March 14. In response, defendant filed a letter on January 15, 2016 arguing that the actions should be stayed and, in the event that such a stay is not granted, requesting that any consolidated trial start no earlier than April 25, 2016. Having considered the parties' arguments, it is hereby

---

[1] While the caption of the MeehanCombs and Danner matters remains the same as in the Complaints, Caesars Entertainment Operating Company, Inc. ("CEOC") is not a party to this Order as, pursuant to this Court's Order dated January 15, 2015, the MeehanCombs and Danner Complaints against CEOC are stayed pursuant to section 362(a) of Title 11 of the United States Code.

2

ORDERED, that defendant's request for a stay is denied; and it is further

ORDERED, that the request to consolidate the two trials is denied. The two trials will proceed according to the schedule previously imposed.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            January 15, 2016

## APPEARANCES

**Attorneys for Plaintiffs MeehanCombs Global Credit Opportunities Master Fund, LP, Relative Value-Long/Short Debt Portfolio, a Series of Underlying Funds Trust, and Trilogy Portfolio Company, LLC:**

James H. Millar, Esq.
Kristin K. Going, Esq.
Clay J. Pierce, Esq.
Drinker Biddle & Reath LLP
177 Avenue of the Americas
New York, NY 10026

**Attorneys for Plaintiff Frederick Barton Danner:**

Daniel L. Berger, Esq.
Gordon Z. Novod, Esq.
Grant & Eisenhoffer P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
(646) 722-8500

Mark C. Gardy, Esq.
James S. Notis, Esq.
Meagan Farmer, Esq.
Gardy & Notis LLP
Tower 56, 126 East 56th Street,
8th Floor
New York, NY 10022
(201) 567-7377

**Attorneys for Defendant Caesars Entertainment Corporation:**

Lewis R. Clayton, Esq.
Michael E. Gertzman, Esq.
Jonathan H. Hurwitz, Esq.
Ankush Khardori, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

Eric Seiler, Esq.
Philippe Adler, Esq.
Jason Rubinstein, Esq.
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036
(212) 833-1100

4

**Attorneys for Plaintiff BOKF, N.A.:**

Andrew I. Silfen, Esq.
Mark B. Joachim, Esq.
Michael S. Cryan, Esq.
Arent Fox LLP
675 Broadway
New York, NY 10019
(212) 484-3903

Jackson D. Toof, Esq.
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006
(202) 857-6000

**Attorneys for Plaintiff UMB Bank N.A.:**

Craig A. Barbarosh, Esq.
David A. Crichlow, Esq.
Karen B. Dine, Esq.
Rebecca Kinburn, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022
(212) 940-8800